# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>    JOHNSONS SIDING AND REPLACEMENT WINDOWS, INC.,<br><br>        Debtor.<br><br>WILLIAM E. WELLS,<br><br>        Appellant,<br><br>    v.<br><br>NANCY GARGULA, United States Trustee, and DANA S. FRAZIER, Chapter 7 Trustee,<br><br>        Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>        Intervenor. | Case No. 07-cv-848-JPG |
| IN RE:<br><br>    ANTHONY HUGO CHAMBLISS,<br><br>        Debtor.<br><br>WILLIAM E. WELLS,<br><br>        Appellant,<br><br>    v.<br><br>NANCY GARGULA, United States Trustee, and CYNTHIA A. HAGAN, Chapter 7 Trustee,<br><br>        Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>        Intervenor. | Consolidated with:<br><br>No. 07-cv-849-JPG |

| | |
|---|---|
| IN RE: | and |
|       CHARLES DANIEL BURNHAM and KIMBERLY DIANE BURNHAM, | No. 07-cv-850-JPG |
|         Debtors. | |
| WILLIAM E. WELLS, | |
|         Appellant, | |
|         v. | |
| NANCY GARGULA, United States Trustee, and CYNTHIA A. HAGAN, Chapter 7 Trustee, | |
|         Appellees, | |
| and | |
| ROBERT E. EGGMAN, Chapter 7 Trustee, | |
|         Intervenor. | |
| IN RE: | and |
|       MELINDA JANE EBEL, | No. 07-cv-851-JPG |
|         Debtor. | |
| WILLIAM E. WELLS, | |
|         Appellant, | |
|         v. | |
| NANCY GARGULA, United States Trustee, and DANA S. FRAZIER, Chapter 7 Trustee, | |
|         Appellees, | |
| and | |
| ROBERT E. EGGMAN, Chapter 7 Trustee, | |
|         Intervenor. | |

| | |
|---|---|
| IN RE:<br><br>        KATHLEEN ANN SCHEEL,<br><br>           Debtor.<br><br>WILLIAM E. WELLS,<br><br>           Appellant,<br><br>        v.<br><br>NANCY GARGULA, United States Trustee, and DANA S. FRAZIER, Chapter 7 Trustee,<br><br>           Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>           Intervenor. | and<br><br><br>    No. 07-cv-852-JPG |
| IN RE:<br><br>        CHARLES DANIEL BURNHAM and KIMBERLY DIANE BURNHAM,<br><br>           Debtor.<br><br>WILLIAM E. WELLS,<br><br>           Appellant,<br><br>        v.<br><br>NANCY GARGULA, United States Trustee, and CYNTHIA A. HAGAN, Chapter 7 Trustee,<br><br>           Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>           Intervenor. | and<br><br>    No. 07-cv-558-JPG |

| | |
|---|---|
| IN RE: | and |
| MELINDA JANE EBEL, | No. 07-cv-560-JPG |
| Debtor. | |
| WILLIAM E. WELLS, | |
| Appellant, | |
| v. | |
| NANCY GARGULA, United States Trustee, and DANA S. FRAZIER, Chapter 7 Trustee, | |
| Appellees, | |
| and | |
| ROBERT E. EGGMAN, Chapter 7 Trustee, | |
| Intervenor. | |
| IN RE: | and |
| KATHLEEN ANN SCHEEL, | No. 07-cv-562-JPG |
| Debtor. | |
| WILLIAM E. WELLS, | |
| Appellant, | |
| v. | |
| NANCY GARGULA, United States Trustee, and DANA S. FRAZIER, Chapter 7 Trustee, | |
| Appellees, | |
| and | |
| ROBERT E. EGGMAN, Chapter 7 Trustee, | |
| Intervenor. | |

## **JUDGMENT**

This matter having come before the Court and the parties having agreed to dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that these consolidated appeals are dismissed with prejudice.

**Dated:  December 19, 2008**          **NORBERT G. JAWORSKI, Clerk**

                                                    **By:s/Deborah Agans, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**